IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COREY SOMMERS, )
)
MATTHEW CAMPBELL and )
CHRISTINA CAMPBELL, )
    Plaintiffs )
)
    v. ) Case No. CV 408-257
)
WAYNE MICHAEL HALL, WARRIOR )
TRANSPORTATION, LLC, AEQUICAP )
INSURANCE COMPANY, CROWN )
PRODUCTS COMPANY, INC. )

**O R D E R**

The joint stipulation for dismissal without prejudice filed August 25, 2009 is hereby **APPROVED**.

SO ORDERED this 1 day of September, 2009.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE